# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129775

RYAN CHAMBERS,
　　　　　Plaintiff-Appellant,

v

WERNER W. LEHMANN and ANDREWS
UNIVERSITY,
　　　　　Defendants-Appellees.

SC: 129775
COA: 262502
Berrien CC: 03-003378-NI

_____/

　　　　On order of the Court, the application for leave to appeal the September 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH, J., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

d0510

Clerk